UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AYALA,<br><br>   Petitioner,<br><br> v.<br><br>RAYMOND MADDEN,<br><br>   Respondent. | NO. LA CV 15-00143-VBF (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

 Having completed its review, the Court accepts the findings and recommendations set forth in the Report. **Accordingly, IT IS ORDERED that the Petition is dismissed, with prejudice, as untimely.**

 Final judgment will be entered by separate document.

DATED: September 2, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE