# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AYALA, ) | NO. LA CV 15-00143-VBF (GJS) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| RAYMOND MADDEN, ) | |
| Respondent. ) | |

Pursuant to the Court's contemporaneously issued Order Accepting Findings and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner Juan Ayala.

DATED: September 2, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE